Unsealed NOV 16 2007

FILED *EX PARTE* UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILING FEE PAID
In Forma Pauperis
Clarence Maddox, Clerk

Case No._____-Civ-

CIV-LENARD

07-22674   TORRES

DELL INC.; AND ALIENWARE CORPORATION,

    Plaintiffs,

vs.

BELGIUMDOMAINS, LLC; CAPITOLDOMAINS, LLC; DOMAINDOORMAN, LLC; NETRIAN VENTURES LTD.; IHOLDINGS.COM, INC.; JUAN PABLO VAZQUEZ a/k/a JP VAZQUEZ, an individual; and DOES 1-10;

    Defendants.

FILED by ___ D.C.
INTAKE
OCT 10 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. OF FLA. - FT. LAUD.

## MOTION OF DAVID J. STEELE TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of David J. Steele, Esquire, of the law firm of Christie, Parker & Hale LLP whose address is 3501 Jamboree Road, North Tower, Suite 6000, Newport Beach, CA 92660, and whose telephone number is 949-476-0757, for purposes of appearing as co-counsel on behalf of Plaintiffs in the above-styled case only.

David J. Steele certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the bar of the State of California, and is admitted to practice before the United States Court of Appeals for the Ninth Circuit, United States District Court for the Central District of California, and Supreme Court of the State of California.

In further support of this motion, it is hereby designated that Mimi L. Sall is a member of the bar of this Court and maintains an office in this District for the practice of law. She is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

acts as local counsel in this matter on behalf of Plaintiffs.

## VERIFICATION OF APPLICANT

I, David J. Steele, hereby verify that the matters set forth above are true and correct, and are executed under penalty of perjury on the fourth day of October, 2007 at Newport Beach, California.

_____
David J. Steele

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF ORANGE      )

BEFORE ME, personally appeared David J. Steele who, upon being first duly sworn according to law, who is ☒ personally known to me or ☐ has presented _____ as identification, deposes and says that the foregoing is true and correct to the best of his knowledge and belief.

Sworn to and subscribed before me this ___4th___ day of October, 2007.

_____
Notary Public State of California at Large
Commission No. 1733126
My Commission Expires: 4/18/2011

MARA I. RODRIGUEZ
COMM. #1733126
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Expires April 18, 2011

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

DATED: October 8, 2007

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Attorneys for Plaintiffs
New River Center, Suite 2100
200 East Las Olas Boulevard
Fort Lauderdale, Florida  33301
Telephone:   (954) 462-9575
Facsimile:   (954) 462-9524
Email:       msall&swmwas.com

By: _____
MIMI L. SALL
Florida Bar No. 436704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing is being served on Defendants with the Complaint and Summonses.

_____
MIMI L. SALL

FILED *EX PARTE* UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ - Civ-

DELL INC.; AND ALIENWARE CORPORATION,

    Plaintiffs,

vs.

BELGIUMDOMAINS, LLC; CAPITOLDOMAINS, LLC; DOMAINDOORMAN, LLC; NETRIAN VENTURES LTD.; IHOLDINGS.COM, INC.; JUAN PABLO VAZQUEZ a/k/a JP VAZQUEZ, an individual;

    Defendants.

_____

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

**THIS CAUSE** came before the Court on the Motion of David J. Steele, counsel for Plaintiffs Dell Inc. and Alienware Corporation, for permission to appear and participate pro hac vice on their behalf in the above-styled case. Having considered the Motion and being fully advised, it is

ORDERED AND ADJUDGED that the Motion to Appear Pro Hac Vice is hereby GRANTED, and David J. Steele may appear and participate as counsel for Plaintiffs.

DONE AND ORDERD in Chambers, at the United States District Courthouse, at _____, _____ County, Florida, this ___ day of October, 2007.

                                                                                  _____
                                                                                 UNITED STATES DISTRICT JUDGE
                                                                                 SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Mimi L. Sall, Esquire
Howard A. Kroll, Esquire
David J. Steele, Esquire