UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-22674- CIV- JORDAN/Torres

**DELL INC., and ALIENWARE CORPORATION**

    **Plaintiffs,**

**V.**

**BELGIUMDOMAINS, LLC; CAPITOLDOMAINS, LLC; DOMAINDOORMAN, LLC; NETRIAN VENTURES LTD.; IHOLDINGS.COM, INC., JUAN PABLO VAZQUEZ, a/k/a/ JP VAZQUEZ an individual; and DOES 1-10**

    **Defendants.**

_____/

### DEFENDANT J.P. VAZQUEZ'S RESPONSE TO NOVEMBER 20, 2007 ORDER EXTENDING TEMPORARY RESTRAINING ORDER AGAINST DEFENDANT J.P. VAZQUEZ

COMES NOW, the Defendant J.P. Vazquez, an individual, by and through the undersigned attorney, pursuant to the Fed.R.Civ.P., and hereby responds to the Court's November 20, 2007 Order Extending Temporary Restraining Order Against Defendant J.P. Vazquez.

Without waiving any rights to address the issues raised in the Temporary Restraining Order or Application for Preliminary Injunction, or Preliminary Injunction in the future, Defendant J.P. Vazquez hereby asserts that he has not, and will not engage in the conduct retrained or enjoined and has no objection to being named as an additional party subject to the preliminary injunction already issued by this Honorable Court until the trial of this cause.

*Dell, inc., v BelgiumDomains,LLC, et al..*                                                         *Page 2 of 2*
*Case No.: 07-22674- CIV- Jordan /Torres*

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was served via facsimile 954-462-9575 and email **msall@swmwas.com** to Mimi L. Sall, Esq., Sterns Weaver, et al., 200 East Las Olas Boulevard, Suite 2100, Fort Lauderdale, FL 33301; and facsimile 949-476-8640 and email **david.steele@cph.com** to David J. Steele, Esq., Christie, Parker Hale, LLP 3501 Jamboree Road, Suite 6000, North Tower, Newport Beach, CA 92660; and facsimile 626-577-8800 and email **howard.kroll@cph.com** to Howard A. Kroll, Esq., Christie, Parker Hale, LLP 350 West Colorado Blvd., Suite 500, Pasadena, CA 91105 on November 29, 2007.

                                         Respectfully submitted,

                                         By:

                                         *Richard Baron*

                                           Email – E-Filing Signature

Richard Baron, Esq.
Fla. Bar # 178675
Richard Baron & Associates
501 Northeast 1st Avenue
Suite 201
Miami, Fl 33132
Tel.: 305-577-4626
Fax.: 305-577-4630